## Clarice Scoville, Appellant, v. Smith Building Company, Appellee.

### Gen. No. 10,195.

opinion filed April 20, 1948; released for publication May 10, 1948. B. Jay Knight, Frederick H. Haye and Thomas A. Keegan, for appellant; Miller, Thomas & Hickey, for appellee; Charles A. Thomas and William E. Collins, of counsel. Opinion by JUSTICE BRISTOW. **Not to be published in full.**